PER CURIAM.

(No. 74-CC-403—Claimant 

REVELL DATA PLACEMENT, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 20, 1974.*

REVELL DATA PLACEMENT, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.